☐ ORIGINAL

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT - 5 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Send

NOTE CHANGES MADE BY THE COURT

BY FAX

1  KATTEN MUCHIN ROSENMAN LLP
   Bruce G. Vanyo (SBN 60134)
2  bruce@kattenlaw.com
   Richard H. Zelichov (SBN 193858)
3  richard.zelichov@kattenlaw.com
   Marisa G. Westervelt (SBN 217172)
4  marisa.westervelt@kattenlaw.com
   2029 Century Park East
5  Suite 2600
   Los Angeles, CA 90067-3012
6  Telephone: 310.788.4400
   Facsimile: 310.788.4471
7
   Attorneys for Defendants
8  ADVANCED MEDICAL OPTICS, INC.,
   JAMES V. MAZZO, RICHARD A. MEIER,
9  AIMEE S. WEISNER AND LEONARD R. BORRMANN

10           UNITED STATES DISTRICT COURT
11           CENTRAL DISTRICT OF CALIFORNIA
12                 SOUTHERN DIVISION

13 BARRY GALISON, Individually and On )
   Behalf of All Others Similarly Situated )   Case No. SACV 07-1062 AG (ANx)
14                                         )
         Plaintiff,                        )   Class Action
15                                         )
         vs.                               )   [Hon. Andrew J. Guilford]
16                                         )
   ADVANCED MEDICAL OPTICS,                )   STIPULATION AND [PROPOSED]
17 INC., JAMES V. MAZZO, RICHARD           )   ORDER CONCERNING TIME TO
   A. MEIER, HOLGER HEIDRICH,              )   RESPOND TO COMPLAINT
18 AIMEE S. WEISNER and LEONARD            )
   R. BORRMANN                             )   Place: Courtroom 10D
19                                         )
         Defendants.                       )
20                                         )
                                           )
21
22    LODGED
23    OCT - 4 2007
24    CLERK, U.S. DISTRICT COURT
      CENTRAL DISTRICT OF CALIFORNIA
25    SOUTHERN DIVISION AT SANTA ANA
      BY _____ DEPUTY
26    10:39
27
28

STIPULATION AND [PROPOSED] ORDER RE RESPONSE TO COMPLAINT

③

WHEREAS plaintiff filed the above entitled purported class action on September 13, 2007;

WHEREAS the complaint alleges claims under the Securities Exchange Act of 1934 on behalf of a purported class of purchasers Advanced Medical Optics, Inc.'s ("AMO") securities (the "Complaint");

WHEREAS this case is therefore governed by the Private Securities Litigation Reform Act of 1995;

WHEREAS this is one of two similar cases, one of which was filed in the Southern Division of the Central District of California;

WHEREAS the other case is <u>Kairalla v. Advanced Medical Optics, Inc</u>, No. CV 07-5569 SJO (PLAx);

WHEREAS the cases have not yet been consolidated;

WHEREAS the time period for parties to move for appointment of lead plaintiff has not yet expired;

WHEREAS no plaintiff has yet made a motion to appoint a lead plaintiff and the Court has not appointed anybody to serve as lead plaintiff;

WHEREAS the parties expect that a consolidated amended complaint will be filed after the appointment of lead plaintiff;

NOW THEREFORE, it is hereby stipulated and agreed by and between the parties hereto, by their undersigned attorneys, that:

a) AMO, James V. Mazzo, Richard A. Meier, Leonard R. Borrmann and Aimee S. Weisner hereby acknowledge proper service of the Summons and Complaint in this action, and thereby waive any defense to improper service of process of the Summons and Complaint. By accepting service of process of the Summons and Complaint, AMO, Messrs. Mazzo, Meier and Borrmann and Ms. Weisner do not waive any other defenses that they have in this action, including, but not limited to, a defense based on lack of personal jurisdiction.

b) None of the defendants need respond to the Complaint currently on file.

1  c) The parties will submit a proposed schedule to govern the filing of a
2  consolidated amended complaint and any response thereto after lead plaintiff(s) is
3  appointed.
4  d) This stipulation is the first request for an enlargement of time by AMO,
5  Messrs. Mazzo, Meier and Borrmann and Ms. Weisner.

DATED: October 4, 2007        BRODSKY & SMITH LLC

By: *Evan Smith*
Evan J. Smith
esmith@brodsky-smith.com
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
Telephone:  (310) 300-8425
Facsimile:  (213) 996-8329

Attorneys for Plaintiff
BARRY GALISON

DATED: October 4, 2007        KATTEN MUCHIN ROSENMAN LLP

By: _____
Richard H. Zelichov
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone:  (310) 788-4400
Facsimile:  (310) 788-4471

Attorneys for Defendants
ADVANCED MEDICAL OPTICS, INC.,
JAMES V. MAZZO, RICHARD A. MEIER,
AIMEE S. WEISNER AND
LEONARD R. BORRMANN

# [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED THAT:

1) None of the defendants need respond to the Complaint currently on file.

2) The parties will submit a proposed schedule to govern the filing of a consolidated amended complaint and any response thereto after lead plaintiff(s) is appointed. Counsel shall proceed expeditiously in this matter.

Dated: October 5, 2007

*[signature]*

The Honorable Andrew J. Guilford
United States District Court
Central District of California

4

STIPULATION AND [PROPOSED] ORDER RE RESPONSE TO COMPLAINT

PROOF OF SERVICE
Galison v. AMO, et al.
USDC Case No: SACV 07-1062 AG (ANx)

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2029 Century Park East, Suite 2600, Los Angeles, CA 90067-3012.

On October 4, 2007, I served the foregoing document(s): **DEFENDANTS' STIPULATION AND PROPOSED ORDER CONCERNING TIME TO RESPOND TO COMPLAINT** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes, addressed as follows:

| | |
|---|---|
| Evan Smith<br>BRODSKY & SMITH<br>9595 Wilshire Blvd., Suite 900<br>Beverly Hills CA 90212 | Phone: (310) 300-8425<br>Fax : (310) 247-0160 |
| D. Seamus Kaskela<br>SCHIFFRIN BARROWAY et al.<br>280 King of Prussia road<br>Radnor PA 19087 | Phone: (610) 667-7706<br>Fax : (610) 667-7056 |

(X) By Mail. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

( ) By Facsimile. I caused the above-referenced documents(s) to be transmitted to the noted addressee(s) at the fax number as stated. Attached to this declaration is a "TX Confirmation Report" confirming the status of transmission.

( ) By Personal Service. I delivered such envelope by hand to the offices of the addressee(s) listed above.

Executed on October 4, 2007, at Los Angeles, California.

(X) FEDERAL I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Sandy Broff*
SANDY BROFF

LAX01_31399190_338639_00001