**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ____
Scan Only ____

**CASE NO.:** SA CV 07-1062 SJO (PLAx)    **DATE:** November 2, 2007

**TITLE:** Barry Galison, Individually and on Behalf of All Others Similarly Situated v. Advanced Medical Optics, Inc., et al.

========================================================================
**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Victor Paul Cruz | Not Present |
| Courtroom Clerk | Court Reporter |

**COUNSEL PRESENT FOR PLAINTIFF(S):**    **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                              Not Present

========================================================================
**PROCEEDINGS:** IN CHAMBERS

The parties are advised that DEFENDANT'S MOTION TO CONSOLIDATE PURPORTED SECURITIES CLASS ACTIONS AGAINST ADVANCED MEDICAL OPTICS, INC.,, scheduled for hearing on November 5, 2007, is taken under submission. Accordingly, the hearing date is vacated. Order will issue.