Evan J. Smith (SBN 242352)
BRODSKY & SMITH, LLC
9595 Wilshire Blvd.
Beverly Hills, CA 90212
Telephone: (310) 300-8425
Facsimile: (213) 996-8329
esmith@brodsky-smith.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| BARRY GALISON, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ADVANCED MEDICAL OPTICS, INC., JAMES V. MAZZO, RICHARD A. MEIER, HOLGER HEIDRICH, PH.D., AIMEE S. WEISNER, and LEONARD R. BORRMANN, <br><br> Defendants. | NO. 8:07-cv-1062 – SJO (PLAx) <br><br> **NOTICE OF VOLUNTARY WITHDRAW** |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41, Plaintiff Barry Galison hereby voluntarily dismissed the above-captioned action without prejudice.

Dated: November 13, 2007

BRODSKY & SMITH, LLC
By _____
Evan J. Smith (SBN 242352)
9595 Wilshire Blvd.. Suite 900
Beverly Hills, CA 90212
(310) 300-8425
(310) 247-0160
esmith@brodsky-smith.com

- 1 -

11/13/2007 11:48  6106675625   BRODSKY & SMITH, LLC   PAGE 03/03

| | |
|---|---|
| 1 | |
| 2 | **SCHIFFRIN BARROWAY** |
| 3 | **TOPAZ & KESSLER, LLP** |
|   | Richard A. Maniskas |
| 4 | D. Seamus Kaskela |
| 5 | 280 King of Prussia Road |
|   | Radnor, PA 19087 |
| 6 | (610) 667-7706 |
| 7 | (610) 667-7056 (fax) |
| 8 | *Attorneys for Plaintiff* |

11368238.tif - 11/13/2007 8:55:04 AM

## PROOF OF MAILING

I, Evan J. Smith, Esquire, declare:

I am a resident of the State of Pennsylvania and over the age of eighteen years, and not a party to the within action; my business address is Two Bala Plaza, Suite 602, Bala Cynwyd, PA 19004 and California business address is 9595 Wilshire Blvd., Ste. 900, Beverly Hills, CA 90212. On November 13 2007, I served the within document(s):

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Upon the following:

Richard Zelichov, Esquire
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067

**X** **(BY MAIL)**

I deposited such envelope in the mail at Bala Cynwyd, PA. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Bala Cynwyd, PA, in the ordinary course of such business.

☐ **(BY FACSIMILE)**
On the below date, I transmitted the foregoing document(s) by facsimile sending number. Pursuant to rule 2009(i)(4), I caused the machine to print a transmission record of the transmission.

☒ **(FEDERAL)**
I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court and at whose direction the service was made.

Executed on November 13, 2007 at Bala Cynwyd, PA.

Evan J. Smith, Esquire